United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13504-amc
Laura Heckman Viveros                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 1          Date Rcvd: Aug 19, 2019
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             +Laura Heckman Viveros,    241 Concord Road,    Schwenksville, PA 19473-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
      JOSEPH L QUINN    on behalf of Debtor Laura Heckman Viveros CourtNotices@rqplaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
       bkgroup@kmllawgroup.com
      LAUREN BERSCHLER KARL    on behalf of Creditor    Nationstar Mortgage LLC lkarl@rascrane.com
      TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                       TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Laura Heckman Viveros fka Laura Heckman<br>                    Debtor(s) | CHAPTER 7 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>                    Movant<br>    vs. | NO. 19-13504 AMC |
| Laura Heckman Viveros fka Laura Heckman<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq.<br>                    Trustee | |

**ORDER**

AND NOW, this 19th day of August, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 207 Goshen Road, Schwenksville, PA 19473 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan
United States Bankruptcy Judge

Laura Heckman Viveros fka Laura Heckman
241 Concord Road
Schwenksville, PA 19473

Joseph L. Quinn, 152 East High Street, Suite 100
Pottstown, PA 19464

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532