Certificate Number: 05781-PAE-DE-033315290

Bankruptcy Case Number: 19-13504



05781-PAE-DE-033315290

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2019, at 6:35 o'clock PM PDT, Laura Viveros completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 27, 2019            By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President